UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS C. CABALLERO,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, a National Association; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Government-Sponsored Enterprise; NDEX WEST, LLC, a Limited Liability Corporation; and Does 1-100, inclusive,<br><br>        Defendants. | Case No.: 10-CV-04025-LHK<br><br>ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND VACATING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court deems Defendants' motion to dismiss suitable for decision without oral argument. Accordingly, the Court vacates the motion hearing currently set for November 4, 2010 at 1:30 p.m. The Court also vacates the Case Management Conference scheduled to follow the November 4, 2010 motion hearing. A written order will be issued by the Court.

**IT IS SO ORDERED.**

Dated: November 1, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02973-LHK
ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE