DANIEL J. MULLIGAN (State Bar No. 103129)
dan@jmglawoffices.com
LARRY W. GABRIEL (State Bar No. 68329)
lgabriel@jmglawoffices.com
JENKINS MULLIGAN & GABRIEL LLP
10085 Carroll Canyon Rd., Ste. 210
San Diego, Ca 92131
Telephone:  (415) 982-8500
Facsimile:  (415) 982-8515

Attorneys for Plaintiff
And the Class

[Additional Counsel on last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSS C. CABALLERO, etc., | Case No.:  5:10-cv-02973 LHK |
| Plaintiffs, | **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL OF ALL CAUSES OF ACTION** |
| vs. | |
| BANK OF AMERICA, etc., et al., | |
| Defendants. | |

Defendants' Motion to Dismiss and to Strike the Complaint in this matter was fully briefed by the parties and ordered submitted without hearing [Dkt. 24].  The Court issued its Order on the Motion on November 4, 2010 [Dkt. 25].  In its Order, the Court granted Defendants' Motion to Dismiss, with leave to amend only as to the claim brought under California Business & Professions Code Section 17200, et. seq.  The Order gave Plaintiff 30 days to amend that claim.

Based on the Court's ruling, Plaintiff has decided not to amend the Complaint.  The parties therefore stipulate, based upon the Court's Order, that the Court enter an Order dismissing the Complaint in its entirety, without leave to amend.

DATED:  November 12, 2010          JENKINS, MULLIGAN & GABRIEL. LLP

By: _____/s/ *Daniel J. Mulligan*_____
         Daniel J. Mulligan

Attorneys for Plaintiff Moss C. Caballero


DATED:  November 12, 2010          SEVERSON & WERSON
                                   A Professional Corporation

By: _____/s/ *Jan T. Chilton*_____
         Jan T. Chilton

Attorneys for Defendants
Bank of America, N.A. and
Federal National Mortgage Association


BARRETT, DAFFFIN, FRAPPIER, TREDER & WEISS, LLP

By: /s/      Edward A.Treder
         Attorneys For Defendant NDEX West, LLP

## ORDER

Based on the parties' stipulation, the case is DISMISSED WITH PREJUDICE.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 12, 2010          *Lucy H. Koh*
                                   LUCY H. KOH
                                   United States District Judge

-2-

[~~PROPOSED~~] ORDER DISMISSING ACTION

Case No.: 5:10-cv-02973 LHK